DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DWIGHT MATHEWS,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-408

_____

December 20, 2023

Appeal from the Circuit Court for Pinellas County; Philip J. Federico,
Judge.

Dwight Mathews, pro se.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.